FILED

08 AUG 20 PM 4:45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury    '08 CR 2790 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) |
| | ) **I N D I C T M E N T** |
| v. | ) |
| | ) Title 8, U.S.C., |
| ADAM CHRISTOPHER INCE (1), | ) Sec. 1324(a)(2)(B)(ii) - |
| JUAN JOSE HERNANDEZ(2), | ) Bringing in Illegal Aliens for |
| | ) Financial Gain; Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(iii) - |
| Defendants. | ) Bringing in Illegal Aliens Without |
| | ) Presentation; Title 18, U.S.C., |
| | ) Sec. 2 - Aiding and Abetting |

The grand jury charges:

<u>Count 1</u>

On or about August 6, 2008, within the Southern District of California, defendants ADAM CHRISTOPHER INCE and JUAN JOSE HERNANDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Viridiana Lazaro Ayala, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

JPME:fer:San Diego
8/19/08

<u>Count 2</u>

On or about August 6, 2008, within the Southern District of California, defendants ADAM CHRISTOPHER INCE and JUAN JOSE HERNANDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Viridiana Lazaro Ayala, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

DATED: August 20, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney